IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REBEKAH FLOYD, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 3:18-cv-2247-K | |
| § | | |
| KELLY SERVICES, INC., § | | |
| Defendant. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 30, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

Signed September 16th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1